IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Natisha Harrison, et al.,

    Plaintiff,

v

Applebee's Neighborhood Grill & Bar, et al.,

    Defendant.

Civil No. 1:19cv249

Judge Susan J. Dlott

ORDER

The above styled case is before the Court on Defendant's Suggestion of Bankruptcy (Doc. 4) filed in the United States Bankruptcy Court.

This case is ORDERED ADMINISTRATIVELY TERMINATED. The parties are granted leave to move to reinstate the case on the Court's active docket at such time in the future as the parties deem appropriate.

IT IS SO ORDERED.

_____
Susan J. Dlott
United States District Judge